```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD MARTINEZ,

            Plaintiff,

    -v-

UNITED STATES OF AMERICA, ROBERT BEAUDOUIN, M.D., MANDEEP SINGH, P.A., YOON KANG, P.A., WARDEN MCC, THE GEO GROUP, INC., KINGSBROOK JEWISH MEDICAL CENTER, THE BROOKLYN HOSPITAL CENTER, PHILLIP MCPHEARSON, M.D., and JOHN/JANE DOES Nos. 1-10,

            Defendants.

20 Civ. 7275 (VEC)

**[PROPOSED] AMENDMENT TO CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

The following amended discovery schedule is hereby adopted:

1. All fact discovery shall be completed no later than May 28, 2021.

2. Expert Discovery

    a. Plaintiff shall serve any expert reports no later than June 28, 2021.

    b. Defendants shall serve any expert reports no later than July 28, 2021.

    c. All expert discovery, including depositions, shall be completed no later than August 27, 2021.

3. All other provisions of the Civil Case Management Plan and Scheduling Order dated January 5, 2021, Dkt. No. 56, remain in effect.

4.     The next pre-trial conference is adjourned to   June 4  , 2021, at   11:30 a.m.  . The joint letter described in paragraph 10 of the Civil Case Management Plan and Scheduling Order shall be submitted by the Thursday of the week prior to that conference.

Dated:  May 5, 2021
       New York, New York

SO ORDERED:

_____
HON. VALERIE E. CAPRONI
United States District Judge