```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RICHARD MARTINEZ,

                     Plaintiff,

        -against-                           20-cv-7275 (VEC)

                                              ORDER

UNITED STATES OF AMERICA, ROBERT
BEAUDOUIN, M.D., MANDEEP SINGH, P.A.,
YOON KANG, P.A., WARDEN MCC, THE GEO
GROUP, INC., KINGSBROOK JEWISH
MEDICAL CENTER, THE BROOKLYN
HOSPITAL CENTER, PHILLIP MCPHEARSON,
M.D., and JOHN/JANE DOES Nos. 1-10,

                     Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS the parties are scheduled to appear before the Court for a Pretrial Conference on June 11, 2021, at 11:30 a.m.; and

        WHEREAS the federal Defendants' fully briefed motion to dismiss is presently pending before the Court;

        IT IS HEREBY ORDERED that the Pretrial Conference is ADJOURNED *sine die*, pending the Court's decision on the motion to dismiss.  The Court will schedule a Pretrial Conference with whichever parties remain after the Court has decided the federal Defendants' motion.

**SO ORDERED.**

Date: June 10, 2021
       New York, New York                          **VALERIE CAPRONI**
                                                        **United States District Judge**