

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

November 8, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/21
```

<u>Via ECF</u>
Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Martinez v. United States of America et al.*, 20 Civ. 7275 (VEC)

Dear Judge Moses:

      This Office represents the United States of America, along with remaining individual defendants Robert Beaudouin, M.D., and Mandeep Singh, P.A. (the "Federal Defendants") in the above-referenced action brought by Plaintiff Richard Martinez ("Plaintiff"). The other remaining defendants in this matter are the GEO Group, Inc., the Brooklyn Hospital Center, and Phillip McPherson, M.D.

      Your Honor has scheduled a settlement conference for November 16, 2021, at 2:15 p.m. *See* Dkt. No. 98. The Federal Defendants need additional time to seek settlement authorization. Specifically, consultation with the Department of Justice is required given the amount potentially at issue in the case.

      Accordingly, we respectfully request that the settlement conference in this matter be adjourned by approximately 30 days, along with the accompanying deadlines in Your Honor's order scheduling the settlement conference.

      We have conferred with counsel of record, and all remaining parties to this matter consent to the adjournment. The parties are available for an adjourned conference on December 16, 20, and 21, 2021.[1] This is the Federal Defendants' second request to adjourn the settlement conference; the Court granted the parties' first request. *See* Dkt. Nos. 95, 98.

      Thank you for your consideration of this request.

---

[1] Pursuant to Your Honor's order, Dkt. No. 93, ¶ 8, the undersigned contacted chambers before submitting this letter to inquire as to the Court's availability.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Samuel Dolinger
SAMUEL DOLINGER
TALIA KRAEMER
Assistant United States Attorneys
Tel.: (212) 637-2677/2822
E-mail: samuel.dolinger@usdoj.gov
talia.kraemer@usdoj.gov

cc: Counsel of record (via ECF)

---

Application GRANTED. The November 16, 2021 conference is ADJOURNED to **December 17, 2021 at 2:15 p.m.** The Court will provide the link and further instructions in an email to counsel closer to the date of the conference. SO ORDERED.

_Barbara Moses_
Barbara Moses
United States Magistrate Judge
November 12, 2021