

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

December 3, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/21
```

<u>Via ECF</u>
Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Martinez v. United States of America et al.*, 20 Civ. 7275 (VEC)

Dear Judge Moses:

      This Office represents the United States of America, along with remaining individual defendants Robert Beaudouin, M.D., and Mandeep Singh, P.A. (the "Federal Defendants") in the above-referenced action brought by Plaintiff Richard Martinez ("Plaintiff"). The other remaining defendants in this matter are the GEO Group, Inc., the Brooklyn Hospital Center, and Phillip McPherson, M.D. We write to seek adjournment of the settlement conference currently scheduled for December 17, 2021, at 2:15 p.m. *See* Dkt. No. 102.

      The Federal Defendants need additional time to seek settlement authorization, in light of the amount potentially at issue in the case. Accordingly, we respectfully request that the settlement conference be adjourned to January 27, 2022, with corresponding adjournments of the accompanying deadlines in Your Honor's order scheduling the settlement conference.[1] All remaining parties in this matter consent to the adjournment and are available on the proposed date. This is the Federal Defendants' third request to adjourn the settlement conference; the Court granted the previous requests. *See* Dkt. Nos. 95, 98, 102.

      Thank you for your consideration.

> Application GRANTED. The December 17, 2021 video settlement conference is ADJOURNED to **January 27, 2022 at 2:15 p.m.** The Court will provide the link and further instructions in an email to counsel closer to the date of the conference. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> December 6, 2021

---

[1] Pursuant to Your Honor's order, Dkt. No. 93, ¶ 8, the undersigned contacted chambers before submitting this letter to inquire as to the Court's availability.