UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RICHARD MARTINEZ,

                        Plaintiff,

          -against-

UNITED STATES OF AMERICA, ROBERT
BEAUDOUIN, M.D., MANDEEP SINGH, P.A.,
YOON KANG, P.A., WARDEN MCC, THE GEO
GROUP, INC., KINGSBROOK JEWISH
MEDICAL CENTER, THE BROOKLYN
HOSPITAL CENTER, PHILLIP MCPHEARSON,
M.D., and JOHN/JANE DOES Nos. 1-10,

                       Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/22

20-CV-7275 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS Plaintiff's counsel represents that the decedent Plaintiff's wife has been appointed his personal representative, *see* Dkt. 110;

       IT IS HEREBY ORDERED that Plaintiff's counsel must move for substitution of the parties pursuant to Federal Rule of Civil Procedure 25(a) not later than **Friday, June 10, 2022**. Defendants must inform the Court via letter on ECF whether they intend to oppose Plaintiff's motion not later than **Monday, June 13, 2022**, at which point, should Defendants represent that they intend to oppose the motion, the Court will set a briefing schedule.

**SO ORDERED.**

Date: June 6, 2022
      New York, New York

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**