**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/14/22

June 13, 2022

<u>Via ECF</u>
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Martinez v. United States of America et al.*, 20 Civ. 7275 (VEC)

Dear Judge Caproni:

    This Office represents the United States of America, along with remaining individual federal defendants Robert Beaudouin, M.D., and Mandeep Singh, P.A. (the "Federal Defendants") in the above-referenced action filed by Plaintiff Richard Martinez ("Plaintiff"). The other remaining defendants in this matter are the GEO Group, Inc., the Brooklyn Hospital Center, and Phillip McPherson, M.D.

    The Federal Defendants write respectfully in response to the Court's order dated June 6, 2022, Dkt. No. 113, which directs defendants to "inform the Court via letter . . . whether they intend to oppose" Plaintiff's motion for substitution of parties pursuant to Fed. R. Civ. P. 25(a), *see* Dkt. Nos. 114-116.

    The Federal Defendants respectfully advise the Court that they do not intend to oppose Plaintiff's motion for substitution.

    Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                      By:    /s/ Samuel Dolinger
                                          SAMUEL DOLINGER
                                          Assistant United States Attorney
                                          Tel.: (212) 637-2677
                                          samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)

Because no Defendants oppose it, Plaintiff's motion to substitute parties in this action is hereby GRANTED.

The Clerk of Court is respectfully directed to substitute Plaintiff Richard Martinez with "Carmen Perez, the authorized representative of the Estate of Richard Martinez."

The Clerk of Court is also respectfully directed to close the open motion at Docket 114.

SO ORDERED.

6/14/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE