```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

RICHARD MARTINEZ,

        Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

        Defendants.

20-CV-7275 (VEC) (BCM)

**ORDER SCHEDULING CONTINUED SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    A continued settlement conference is scheduled before Magistrate Judge Barbara Moses on **August 15, 2022, from 3:30 to 5:00 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. Each party's lead trial counsel must attend the conference in person. Plaintiff must attend in person. GEO and Brooklyn Hospital Center must attend through a representative with authority to settle this action. In the case of Brooklyn Hospital Center, that representative shall be SVP and GC Stacy Friedman. The United States must have its representative on telephone standby.

    The parties are directed to continue their settlement discussions in advance of the continued conference. No later than **August 11, 2022**, the parties shall submit a confidential joint settlement update letter, by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, in which they certify that they have continued to negotiate in good faith amongst themselves and update the Court as to their most recent settlement positions.

Dated: New York, New York
       July 12, 2022

SO ORDERED

_____
**BARBARA MOSES**
**United States Magistrate Judge**