UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RICHARD MARTINEZ,

        Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

        Defendants.

20-CV-7275 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Having been informed that the parties have reached a settlement in principle in this matter, the continued settlement conference previously scheduled for August 15, 2022 is ADJOURNED *sine die*.

Dated: New York, New York
      August 12, 2022

SO ORDERED

_____
**BARBARA MOSES**
**United States Magistrate Judge**