USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/09/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

RICHARD MARTINEZ,

                        Plaintiff,

        -against-                      20-cv-7275 (VEC)

                                                  ORDER

UNITED STATES OF AMERICA, ROBERT
BEAUDOUIN, M.D., MANDEEP SINGH, P.A.,
YOON KANG, P.A., WARDEN MCC, THE GEO
GROUP, INC., KINGSBROOK JEWISH
MEDICAL CENTER, THE BROOKLYN
HOSPITAL CENTER, PHILLIP MCPHEARSON,
M.D., and JOHN/JANE DOES Nos. 1-10,

                        Defendants.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 30, 2023, the parties filed a notice of consent to magistrate judge jurisdiction over Plaintiff's anticipated dispositive motion requesting approval of the parties' settlement agreement, *see* Notice of Consent, Dkt. 127;

      WHEREAS on January 31, 2023, the Court informed the parties that it could not so-order their notice of consent over a motion that has not yet been filed, and ordered the parties to submit a new notice of consent to jurisdiction after any motions for which they consent to magistrate judge jurisdiction have been filed, *see* Order, Dkt. 129;

      WHEREAS on February 8, 2023, Plaintiff moved Judge Moses to approve the parties' settlement agreement, *see* Motion, Dkts. 131–34; and

      WHEREAS to date, the parties have not filed a new notice of consent to magistrate judge jurisdiction;

IT IS HEREBY ORDERED that, if the parties still consent to magistrate judge jurisdiction over Plaintiff's motion, they must file a notice of consent to magistrate judge jurisdiction with respect to that motion not later than **Monday, February 13, 2023**.

**SO ORDERED.**

Date:  February 9, 2023
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**